Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |  |
|---|---|---|
| *VIBERT WHITE* | ) | Case No.   **6:26-cv-01372-CEM-LHP** |
| Plaintiff(s) | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | **Jury Trial:** *(check one)* ☑ Yes ☐ No |
| -v- | ) ) ) ) ) ) |  |
| *ORANGE COUNTY REP. EXECUTIVE COM.* | ) ) |  |
| Defendant(s) | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |  |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *VIBERT WHITE* |
| Street Address | *7425 TUFTS CT.* |
| City and County | *ORLANDO, ORANGE* |
| State and Zip Code | *FL. 32807* |
| Telephone Number | *407.784.5673* |
| E-mail Address | *WMVENT9gmail.com* |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name ERIN HUNTLEY
Job or Title *(if known)* CHAIR
Street Address 4853 S. Orange Ave., Suite C
City and County Orlando, Orange
State and Zip Code FL 32806
Telephone Number 321.209.3787
E-mail Address *(if known)* hq @ orangefl.gop

Defendant No. 2
Name Kelvin Kelly
Job or Title *(if known)* Vice-Chair
Street Address 4853 S. Orange Ave., Suite C
City and County Orlando, Orange
State and Zip Code FL 32806
Telephone Number 321.209.3787
E-mail Address *(if known)* hq @ orange Fl.gop

Defendant No. 3
Name Patti Tozzi
Job or Title *(if known)* Treasurer
Street Address 4853 S. Orange Ave., Suite C
City and County Orlando, Orange
State and Zip Code FL 32806
Telephone Number 321.209.3787
E-mail Address *(if known)* hq @ orangefl.gop

Defendant No. 4
Name Wade Barley
Job or Title *(if known)* State Committeeman
Street Address 4853 S. Orange Ave., Suite C
City and County Orlando, Orange
State and Zip Code FL 32806
Telephone Number 321.209.3787
E-mail Address *(if known)* hq @ orangefl.gop

Defendant #5    Nathan Cassady → Address the same
State Committeeman

Defendant #6    Bonnie Jackson → Address the same

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*See attachment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* VIBERT WHITE , is a citizen of the
State of *(name)* Florida .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* , is incorporated
under the laws of the State of *(name)*
and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* , is a citizen of
the State of *(name)* . Or is a citizen of
*(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* *Orange County Rep. Party*        , is incorporated under

the laws of the State of *(name)* *Florida*                        , and has its

principal place of business in the State of *(name)* *Florida*                       .

Or is incorporated under the laws of *(foreign nation)*                       ,

and has its principal place of business in *(name)*                       .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*See attachment*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attachment*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*See attachment*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/19/26

Signature of Plaintiff

Printed Name of Plaintiff    VIBERT WHITE

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DR. VIBERT WHITE,

Plaintiff,

v.

ORANGE COUNTY REPUBLICAN
EXECUTIVE COMMITTEE (OCREC),
and JOHN DOES 1–25,

Defendants.

_____/

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS,
DEFAMATION, AND INJUNCTIVE RELIEF

Plaintiff, Dr. Vibert White, files this Complaint against the Orange County Republican Executive Committee ("OCREC") and unidentified individuals associated with the organization, and alleges as follows:

## I. INTRODUCTION

1. This is an action arising under the Constitution and laws of the United States, including the Civil Rights Act of 1964, 42 U.S.C. § 1981, 42 U.S.C. § 1983, and related state law claims for defamation and tortious interference.
2. Plaintiff alleges that Defendants engaged in discriminatory, defamatory, and exclusionary conduct designed to deny Plaintiff equal participation within the official county Republican political organization in Orange County, Florida.
3. Plaintiff further alleges that Defendants disseminated false and damaging statements concerning Plaintiff's race, religion, political beliefs, and character in a manner intended to injure his political campaign, professional reputation, and personal safety.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under federal civil rights laws and the Constitution of the United States.
5. Supplemental jurisdiction over related state law claims exists pursuant to 28 U.S.C. § 1367.
6. Venue is proper in the Middle District of Florida under 28 U.S.C. § 1391 because the acts complained of occurred in Orange County, Florida.

## III. PARTIES

7. Plaintiff, Dr. Vibert White, is a resident of the State of Florida and a candidate for the United States Congress, District 10.
8. Defendant Orange County Republican Executive Committee ("OCREC") is the officially recognized county affiliate of the Republican Party of Florida operating in Orange County, Florida.
9. Plaintiff is presently unaware of the identities of JOHN DOES 1–25, who participated in or authorized the conduct alleged herein. Plaintiff will amend this Complaint when those identities become known.

## IV. FACTUAL ALLEGATIONS

10. Plaintiff applied for membership within OCREC after fulfilling the organization's stated requirements and obligations.
11. On or about April 19, 2026, OCREC held a meeting at Eastland Baptist Church located at 9000 Lake Underhill Road, Orlando, Florida.
12. Prior to and during that meeting, Plaintiff alleges that Defendants organized and promoted opposition efforts directed specifically against Plaintiff's admission and participation within OCREC.
13. Plaintiff alleges that Defendants subjected him to procedures and scrutiny not imposed upon similarly situated applicants or political candidates.
14. Plaintiff further alleges that Defendants circulated written and verbal statements falsely portraying Plaintiff as:
    a. a racial extremist;
    b. anti-Semitic;
    c. associated with terrorism;
    d. politically deceptive;
    e. hostile to Republican principles; and
    f. otherwise unfit for membership.
15. Plaintiff denies these allegations and contends they were knowingly false or disseminated with reckless disregard for the truth.
16. Plaintiff alleges that Defendants omitted significant information concerning Plaintiff's Republican political affiliations and service history, including work with Republican administrations and Republican political organizations.
17. Plaintiff further alleges that Defendants intentionally attempted to inflame hostility toward Plaintiff based upon race, religion, and political expression.
18. Plaintiff alleges that the conduct described herein caused substantial injury, including:
    a. reputational damage;
    b. loss of campaign donations and political support;
    c. emotional distress;
    d. interference with political opportunities;
    e. threats to personal safety; and
    f. injury to campaign staff and associates.

19. Plaintiff additionally alleges that campaign consultant JaMeiyah Harper was subjected to defamatory and inflammatory portrayals intended to damage her reputation and employment prospects.

## V. CLAIMS FOR RELIEF

### COUNT I
### Violation of 42 U.S.C. § 1981
### (Racial Discrimination)

20. Plaintiff alleges paragraphs 1–19.
21. Plaintiff is African American and a member of a protected class.
22. Defendants intentionally discriminated against Plaintiff on the basis of race in connection with participation in political and organizational activities.
23. Defendants' conduct deprived Plaintiff of equal treatment and contractual or associational opportunities afforded to similarly situated individuals.
24. Plaintiff suffered damages as a direct and proximate result of Defendants' conduct.

### COUNT II
### Violation of Civil Rights Under 42 U.S.C. § 1983

25. Plaintiff alleges paragraphs 1–24.
26. Plaintiff alleges that Defendants acted under color of authority through their official status and public electoral functions associated with the Republican Party structure within Orange County.
27. Defendants' conduct deprived Plaintiff of rights secured by the Constitution and laws of the United States, including equal protection and freedom of political participation.
28. Plaintiff suffered damages as a result.

### COUNT III
### Defamation (Florida Law)

29. Plaintiff alleges paragraphs 1–28.
30. Defendants published false statements concerning Plaintiff to third parties.
31. The statements were defamatory in nature and injured Plaintiff's reputation, campaign, and livelihood.
32. Defendants acted negligently, recklessly, or with actual malice.
33. Plaintiff suffered damages as a direct result of the defamatory publications.

### COUNT IV
### Tortious Interference

34. Plaintiff alleges paragraphs 1–33.
35. Plaintiff had existing and prospective business, political, and donor relationships.
36. Defendants intentionally interfered with those relationships through false statements and exclusionary conduct.

37. Plaintiff suffered financial and reputational damages as a result.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendants and award compensatory damages for lost wages, lost campaign honorarium, and emotional distress in the amount of $10 million dollars, and punitive damages in an amount sufficient to deter Defendant's willful misconduct.  ;

B. Award compensatory damages in an amount to be determined at trial;

C. Award punitive damages where permitted by law;

D. Issue declaratory and injunctive relief prohibiting further defamatory or discriminatory conduct;

E. Order preservation and production of all relevant communications, recordings, emails, text messages, flyers, and organizational records;

F. Award attorney's fees and costs pursuant to applicable law; and

G. Grant such additional relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

_____

Dr. Vibert White
Plaintiff, Pro Se

Complaint Against the Orange County Republican Executive Committee (Orange GOP) for Slander, Libel, Political Terrorism Complaint:

The Orange County Republican Executive Committee violated its own rules of voting against Dr. Vibert White as being a full member of the organization. The Board allowed and endorsed a racist, Islamaphobic, and terrorist campaign to isolate, polarize and segregate Dr. White from its ranks after he fulfilled all rules and obligations to become a member. Within this rim the OCREC authored and endorsed lies,and slanderous statements throughout the ranks of 300,000 registered Republicans in Orange County and millions of GOP Floridians. This activity caused Dr. White to lose millions of dollars in campaign donations, while placing him and his family in physical jeopardy from zealots who are influenced by the hatred rhetoric of the OCREC. In this light the OCREC has transformed the public group and the GOP primary in Orange County into a private club Smith v. Allwright (1944).

What is the OCREC? The Republican Executive Committee serves as the grassroots governing body of the Republican Party of Florida. Composed of elected precinct representatives and county officers, it is responsible for recruiting candidates, registering voters, and mobilizing conservative support for local, state, and federal elections. The OCREC is legally recognized as the county's official Party organization.

The Committee is made up of Precinct Committeemen and Committeewomen who represent their specific local voting areas. The county elects a male and female representative to serve on its governing board. Registered Republicans become members by submitting an application and being voted in by the current committee.

Importance of the Organization for GOP Candidates in General Election: Its role is to support Republican candidates in the General Elections via Financial Contributions, Fund Raising, Canvassing, Telephone Bank, Rallies, and Volunteers. Their vote against Dr. White excludes helping him in the likely win in the GOP primary.

April 19, 2026: On April 19, 2026 the OCREC held its general meeting at the Eastland Baptist Church (9000 Lake Underhill Road, Orlando). The meeting highlighted a county campaign against Dr. White's campaign for the US Congress, District 10. The committee endorsed the measure to solicit anti Dr. White advocates to keep him from joining the organization. The advocates used extra-legal means to create a negative narrative that depicted White as a racist, anti-semetic, communist, Black extremist, and Black Muslim terrorist. The OCREC created a special platform that Dr. White had to audition to become a member—a measure that other candidates did not have to employ.

The burden was unfair, hostile, racist and clouded with jingoism and xenophobia. The activity coupled with anti-Black and anti Islamic speech violated the very intent of the 14th Amendment, Bill of Rights, and the systematic rules of the Civil Rights Act of 1964.

The Flyer, "The Truth About Candidate Vibert White: It listed me first as an Independent, Democrat, and then a Republican. It does not state that I served on three White House Commissions as a Republican; I served in George Ryan's administration (Illinois R) and Jeb Bush's administration (FI-R); they also ignored that I was the Vice President of the Black Republican Caucus of Florida; and headed Mitt Romney's Black "Get Out The Vote" during his presidential run. The hostile group stated that I supported a measure that argues that "Trump is not a friend of Blacks." I am a supporter of several African Americans who have openly supported Trump such as Don King, Mike Tyson, Khalila Ali–individuals that I know personality. In addition, prior to the Iranian War–most of my Muslim associates supported Trump.

Demands Reparations for Black People: The individuals tried to enhance the race card. Truth–Trump endorsed Reparations for January 6 Defendants; Holocaust Survivors; Americans impacted by immigration policies and is currently reviewing reparations for Iran as a measure to end the USA-Iranian War. Thus, My call for Reparations is an American thesis for injured parties.

The Arrest of Netanyahu as a War Criminal: Yes–I am a peace advocate and many Republicans find the Prime Minister as an author of genocide against the Palestinians. Cornel West–He's my friend and colleague. He's a great American who ran for President. The Advocates listed me as a plant for the Dems. The Dems said that I was a plant for the Republican Party. My campaign is against the Political Elite/Establishment.

Attempt to paint me as a misogynist because I stood in front of a masjid door that said men's only entrance. The genders are separated in religious services in Islam.

Attempted to paint me as a Black Supremist–"Black people aren't just as good as white people, but better." This was never stated or uttered by myself or anyone in my campaign. Trying to associate me with Anna Eskamani politically. Anna is a girl that I knew as a professor. I disagree with her politics. But she is a friend and a humanist. Thus, I treat people fairly regardless of political philosophy.

There are several additional measures that the Group did to me. These are some of the general lies that impact my campaign. JaMeiyah Harper and my entire Team was attacked: Ms. Harper served as the Campaign Managerial Consultant. They painted her a radical feminist Black racist. They showed photographs of her with various political figures. Harper lives in a very politically diverse community. She is a young adult of 21 years. To tag her in the manner that they did was wrong, racists and dangerous. It was uncalled for. America and Ms. Harper is not monolithic in thought and review. Therefore, she must be treated with respect; even though you don't share or appreciate her political views. The photos that went out to 300,000 members of the Republican Party has not only jeopardized her ability to make a living or to get a job; but it also puts her in extreme danger from racist political lunatics who might try to harm her.

NOTE: I must supply evidence. Terms such as "terrorism," "racist," "Islamophobic," "anti-Semitic," "criminal," and accusations of organized misconduct should either:

- be supported by specific evidence, witnesses, documents, recordings, emails, flyers, or public statements, or
- be reframed as allegations, perceptions, or claims.

FORMAL COMPLAINT AGAINST THE ORANGE COUNTY REPUBLICAN EXECUTIVE COMMITTEE (OCREC)

Complainant: Dr. Vibert White

Respondent: Orange County Republican Executive Committee (OCREC)

SUMMARY OF COMPLAINT

This complaint concerns actions taken by the Orange County Republican Executive Committee ("OCREC") during and surrounding its April 19, 2026 meeting at Eastland Baptist Church in Orlando, Florida. The complainant alleges that OCREC leadership and members engaged in discriminatory, defamatory, and exclusionary conduct designed to prevent Dr. Vibert White from participating fully within the organization despite his compliance with membership requirements.

The complainant further alleges that false and misleading statements were circulated regarding his political beliefs, personal character, religious associations, and campaign activities, causing reputational harm, financial injury, emotional distress, and threats to personal safety affecting both himself and members of his campaign team.

BACKGROUND

The Orange County Republican Executive Committee serves as the official county-level governing body of the Republican Party of Florida. The organization assists Republican candidates through fundraising, volunteer mobilization, voter outreach, and campaign support.

Membership in the organization is obtained through application and approval by committee vote.

Dr. Vibert White fulfilled the required obligations to become a member of the organization and sought participation in accordance with OCREC rules and procedures.

ALLEGATIONS

1. Unequal and Selective Treatment

The complainant alleges that OCREC imposed unique and burdensome conditions upon Dr. White that were not imposed upon similarly situated applicants or candidates. According to the complainant, he was subjected to an unusual public review and "audition"-style process before membership consideration.

The complainant believes this treatment was discriminatory and motivated in part by racial, religious, and political bias.

2. Distribution of Allegedly Defamatory Materials

The complainant alleges that individuals associated with or supported by OCREC circulated materials titled "The Truth About Candidate Vibert White," containing statements that falsely characterized him as:

- a political extremist,
- anti-Semitic,
- a racial separatist,
- a covert Democratic operative,
- anti-American,
- or supportive of terrorism.

The complainant denies these characterizations and states that the materials omitted substantial portions of his Republican political history and public service, including:

- service on White House commissions,
- service within Republican administrations,
- leadership within Republican outreach organizations,
- and political organizing efforts for Republican presidential campaigns.

The complainant alleges that these omissions and statements were intended to damage his standing within the Republican Party and among voters.

3. Harm to Campaign and Reputation

The complainant states that the alleged conduct resulted in substantial financial and political harm, including:

- loss of campaign donations,
- reputational injury,
- interference with political organizing,
- and diminished access to Republican institutional support.

The complainant further alleges that inflammatory rhetoric placed him and his family at risk of harassment or violence from politically motivated individuals.

4. Conduct Toward Campaign Staff

The complainant also raises concerns regarding treatment directed toward campaign consultant JaMeiyah Harper.

According to the complainant, Ms. Harper was publicly portrayed in a false and inflammatory manner through the circulation of photographs and political associations intended to damage her reputation and professional opportunities.

The complainant asserts that such conduct exposed Ms. Harper to intimidation, harassment, and reputational harm.

5. Political and Religious Mischaracterizations

The complainant disputes several assertions allegedly circulated regarding his religious and political views, including allegations concerning:

- his views on reparations,
- his associations with Muslim communities,
- his friendship with public intellectuals and political figures,
- his criticism of foreign policy issues,
- and his interactions with political figures across party lines.

The complainant asserts that these matters were intentionally distorted to create hostility against him among Republican voters and committee members.

LEGAL AND CONSTITUTIONAL CONCERNS

The complainant believes the conduct described above may implicate protections and principles arising under:

- the Civil Rights Act of 1964,
- the Equal Protection Clause of the Fourteenth Amendment,
- Florida defamation law,
- and other applicable state and federal protections concerning discrimination, political participation, and reputational harm.

The complainant additionally asserts that the actions of OCREC may raise concerns regarding unequal participation within a publicly recognized political organization.

REQUESTED RELIEF

The complainant respectfully requests:

1. A formal investigation into the conduct of OCREC members and leadership;
2. Preservation and disclosure of communications, flyers, emails, recordings, and organizational records related to these events;
3. A public correction or retraction of false statements;
4. Equal treatment within organizational procedures;
5. Protection against retaliatory conduct;
6. Any additional remedies available under applicable law.

Submitted Respectfully,

Dr. Vibert White